AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

v.

Case No. 3:21-mj- 1383-JRK

JOSE AGUILAR-GARCIA

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 4, 2021, in Duval County, in the Middle District of Florida, the defendant,

> a citizen of Guatemala and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about March 15, 2017, July 14, 2017, October 30, 2017, and September 26, 2018,

in violation of Title 8, United States Code, Section 1326. I further state that I am a Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Abraham De Leon-Colon

Sworn to before me and subscribed in my presence,

on August 11, 2021     at    Jacksonville, Florida

JAMES R. KLINDT
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Abraham De Leon-Colon, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Deportation Officer for ICE since 2011 and before that was an Immigration Enforcement Agent with ICE since 2007. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. As part of an immigration investigation, your affiant was advised of the following facts by Officer Brunson of the Jacksonville Sheriff's Office. Officer Brunson is assigned to the 287(g) program at the Duval County Pretrial Detention Facility in Duval County, in the Middle District of Florida. The 287(g) program was authorized under section 287(g) of the Immigration and Nationality Act and permits a state officer to be deputized "to perform a function of an immigration officer in relation to the investigation, apprehension, or detention of aliens in the United States . . . ." 8 U.S.C. § 1357(g).

3. Officer Brunson advised your affiant that on July 4, 2021, he was notified that an individual who identified himself as JOSE AGUILAR-GARCIA

had been booked into the Duval County jail and had stated during the booking process that he was born in Guatemala on a date in October, 1996. Officer Brunson ran immigration service computer checks for a Guatemalan citizen named JOSE AGUILAR-GARCIA and the computer checks showed no record that a Guatemalan citizen with that name had ever been legally admitted into the United States.

4. On the same date, Officer Brunson entered AGUILAR-GARCIA's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been previously encountered by immigration authorities. The system returned a match and reflected that AGUILAR-GARCIA had been previously encountered and had been assigned an Alien Registration number ("A-number"). Officer Brunson then conducted additional ICE computer checks using the A-number and the records reflected that AGUILAR-GARCIA is a citizen of Guatemala who has been previously deported or removed from the United States to Guatemala on four occasions. Officer Brunson lodged an ICE detainer against AGUILAR-GARCIA with the Duval County jail.

5. On July 30, 2021, the Duval County jail notified ICE Jacksonville that the local charges for AGUILAR-GARCIA were resolved and that he was ready to be picked up on the ICE detainer. On the same date, AGUILAR-GARCIA was administratively arrested and transported into ICE custody at the Baker County jail in Macclenny, Florida.

6.  On August 2, 2021, your affiant reviewed the Alien Registration file ("A-file") for AGUILAR-GARCIA. An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that AGUILAR-GARCIA is a citizen of Guatemala who has been previously deported or removed from the United States to Guatemala on four occasions: on March 15, 2017, through Miami, Florida, on July 14, 2017, through Mesa, Arizona, on October 30, 2017, through El Paso, Texas, and on September 26, 2018, through Miami, Florida. The A-file contained no record that AGUILAR-GARCIA had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to re-enter the United States since the time of his last removal.

7.  On August 2, 2021, at approximately 2:40 p.m., your affiant advised Assistant United States Attorney Arnold B. Corsmeier of the foregoing facts and he authorized criminal prosecution of AGUILAR-GARCIA.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that JOSE AGUILAR-GARCIA is a citizen of Guatemala who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or to re-enter the United States after having

been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

_____
Abraham De Leon-Colon, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida